Mark **WILSON**, Plaintiff–Appellant,

v.

**MCRAE'S, INCORPORATED**, doing business as Carson Pirie Scott & Company, Defendant–Appellee.

No. 05–3854.

United States Court of Appeals, Seventh Circuit.

Submitted Jan. 17, 2006.

Decided March 22, 2006.

Marshall J. Burt, Chicago, IL, for Plaintiff–Appellant.

Martha Swatek, Adams & Swatek, Geneva, IL, for Defendant–Appellee.

Before Hon. WILLIAM J. BAUER, Hon. FRANK H. EASTERBROOK, and Hon. ILANA DIAMOND ROVNER, Circuit Judges.

**Order**

The judgment of the district court is vacated, and the case is remanded for further proceedings in light of *Meridian Se-*

*curity Insurance Co. v. Sadowski,* 441 F.3d 536 (7th Cir.2006).